# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNITED STATES OF AMERICA, *ex rel*.** ) <br> **[UNDER SEAL]** ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> ) <br> ) <br> **v.** ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> **[UNDER SEAL]** ) <br> ) <br> ) <br> ) <br> *Defendants.* ) <br> ) | Case No. _____ <br><br> **FILED UNDER SEAL** <br> **PURSUANT TO 31 U.S.C. § 3730(B)(2)** <br><br> **COMPLAINT FOR VIOLATIONS OF** <br> **THE FEDERAL FALSE CLAIMS ACT,** <br> **31 U.S.C. §§ 3729, *ET SEQ.*** <br><br><br><br><br><br><br><br> **JURY TRIAL DEMANDED** |

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>**STATE OF TENNESSEE** *ex rel*. )<br>**LAURA ALLEN-MOORE** )<br> )<br>*Plaintiffs,* )<br> )<br> )<br> )<br>**v.** )<br> )<br>**HOT SPRINGS NATIONAL PARK** )<br>**HOSPITAL HOLDINGS, LLC** )<br>**D/B/A NATIONAL PARK** )<br>**MEDICAL CENTER** )<br>1910 Malvern Avenue )<br>Hot Springs, Arkansas 71901 )<br> )<br>   **Registered Agent:** )<br>   CT Corporation System )<br>   124 West Capitol Avenue Suite 1900 )<br>   Little Rock, Arkansas 72201 )<br> )<br>& )<br> )<br>**LIFEPOINT HEALTH** )<br>330 Seven Springs Way )<br>Brentwood, Tennessee 37027 )<br> )<br>   **Registered Agent:** )<br>   The Corporation Trust Company )<br>   1209 Orange Street )<br>   Wilmington, Delaware 19801 )<br> )<br>**KINDRED HEALTHCARE** )<br> )<br>   **Registered Agent:** )<br>   CT Corporation System )<br>   300 Montvue Road )<br>   Knoxville, TN 37919 )<br> )<br>*Defendants.* )<br> ) | Case No._____<br><br>**FILED UNDER SEAL**<br>**PURSUANT TO 31 U.S.C. § 3730(B)(2)**<br>COMPLAINT FOR VIOLATIONS OF<br>THE FEDERAL FALSE CLAIMS ACT,<br>31 U.S.C. §§ 3729, *ET SEQ*.<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## RELATOR'S MOTION TO FILE COMPLAINT UNDER SEAL

RELATOR'S MOTION TO FILE COMPLAINT UNDER SEAL

## PURSUANT TO 31 U.S.C. § 3730(b)(2)

Relator Laura Allen-Moore, by and through undersigned counsel, respectfully request that this Court seal the attached Complaint, and that the Complaint and all other filings remain under seal until further Order of this Court. In support of this Motion, Relator states the following:

1. Relator files this Complaint as *qui tam* relators under the False Claims Act, 31 U.S.C. § 3729.

2. The False Claims Act requires that the Complaint and written disclosure be filed in camera, remain under seal for sixty (60) days, and not be served on the Defendants until the Court orders. *Id.* § 3730(b)(2).

3. Relator will serve the Complaint on the United States as required by 31 U.S.C. §3730(b)(2).

Wherefore, Relator respectfully request this Motion be granted.

February 22, 2024

Respectfully Submitted,

/s/*Alan Crone*
Alan Crone, TN Bar No. 14285
The Crone Law Firm, PLC
88 Union Ave, 14th Floor
Memphis, TN 38103
Phone: (901) 737-7740
acrone@cronelawfirmplc.com

R. Scott Oswald (to be admitted *pro hac vice*)
Lydia A. Pappas (to be admitted *pro hac vice*)
The Employment Law Group, P.C.
1717 K Street, N.W., Suite 1110
Washington, D.C. 20006
Telephone: 202.261.2822
soswald@employmentlawgroup.com
lpappas@employmentlawgroup.com

Attorneys for *Qui Tam* Relator